UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81237-CIV-SMITH

PATRICK McFADDEN,

    Plaintiff,

vs.

CITY OF BOYNTON BEACH,
*et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment, it is

**ORDERED** that judgment is entered in favor of Defendants, Mark Sohn and City of Boynton Beach and against Plaintiff, Patrick McFadden. Plaintiff's claims are dismissed with prejudice.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 30th day of March 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record