UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81237-CIV-SMITH

PATRICK MCFADDEN,

    Plaintiff,

vs.

CITY OF BOYNTON BEACH, *et al.*,

    Defendants.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 98], in which the Magistrate Judge recommends that Defendants be awarded **$1,156.95** in costs to be paid to Defendants' counsel. No objections have been filed. Having reviewed, *de novo*, the Magistrate Judge's Report and Recommendation to District Judge and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Report and Recommendation to District Judge [DE 98] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Defendants' Renewed Joint Verified Motion to Tax Costs [96] is **GRANTED in part and DENIED in part.** Defendants shall be awarded **$1,156.95** only.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 22nd day of November 2022.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of record